UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOLLEF H. REYERSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>                Defendant. | Case No. 4:13-cv-00185-BLW-REB<br><br>**ORDER** |

**IT IS ORDERED:** ALL MATTERS in the above case are referred to United States Magistrate Judge Ronald E. Bush. Judge Bush is directed to conduct all necessary and proper proceedings pertaining thereto.

If the matter is a non-dispositive motion, Judge Bush is directed to enter an appropriate order as to disposition. A party contending the order is clearly erroneous or contrary to law shall file written objections with the court within fourteen (14) days. 28 U.S.C §636(b)(1)(A); Local Rule 72.1.

If the matter is a dispositive motion, Judge Bush may conduct any hearings, including evidentiary hearings and submit to the United States District Court proposed findings of fact and recommendations as to disposition.

A party objecting to the proposed findings and recommendations shall file written objections with the court within fourteen (14) days. The Court will make a de novo

determination of those portions to which objection is made. 28 U.S.C. §636(b)(1)(B); Local Rule 72.1.

DATED:  September 16, 2013

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**